Randy and Vickie POHLMANN, Individually and on Behalf of All Others Similarly Situated, Plaintiffs/Appellants,

v.

William NEEL, Fiducial Franchises, Inc., and Neelco, Inc., Defendants/Respondents.

No. ED 95247.

Missouri Court of Appeals, Eastern District, Division Three.

July 5, 2011.

John Campbell, Erich Vieth, St. Louis, MO, for appellants.

Jill R. Rembusch, Thomas E. Manns, St. Louis, MO, Arthur L. Pressman, Boston, MA, for respondents.

Before SHERRI B. SULLIVAN, P.J., CLIFFORD H. AHRENS, J., and LAWRENCE E. MOONEY, J.

### ORDER

PER CURIAM.

The plaintiffs appeal from the trial court's denial of their motion for class-action certification. An opinion would have no precedential value. We have fur-

nished the parties with a memorandum, for their information only, setting forth the reasons for our decision. We affirm. Rule 84.16(b)(5).